**No. 22-1770**

# In the United States Court of Appeals for the First Circuit

JOHN CONTI,
*Plaintiff-Appellant,*

v.

CITIZENS BANK, N.A.,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Rhode Island
Case No. 1:21-cv-00296-MSM (The Hon. Mary S. McElroy)

## PLAINTIFF-APPELLANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE HIS OPENING BRIEF

The plaintiff-appellant, John Conti, respectfully requests a thirty-day extension of time to file his opening brief and appendix, up to and including August 29, 2024. The defendant-appellee assents to a thirty-day extension for all briefing deadlines.

1.   There is good cause for this request. Lead appellate counsel for the plaintiff-appellant, Jonathan E. Taylor, has several pressing obligations that have taken up and will continue to take up substantial time over the next month. Among other things, Mr. Taylor and his colleagues were recently retained to represent a party in a case in which the U.S. Supreme Court recently granted certiorari, which has required Mr. Taylor to spend a significant amount of previously unanticipated

time on the case. In addition, Mr. Taylor had sole responsibility for drafting and preparing an opening brief in a complex class-certification appeal in the Eighth Circuit, which he filed on Friday, July 12, and which took up a substantial portion of his time the last few weeks. Mr. Taylor also has an appellate brief due in the Federal Circuit on July 31 that will likely take up a considerable portion of this time in the next few weeks. His colleagues likewise have pressing deadlines of their own that will make them less available to help prepare the brief in this case.

2. Further, Mr. Taylor is lead appellate counsel in a pending appeal that raises the same issue as this one, *Cantero v. Bank of America*, on remand to the Second Circuit from the Supreme Court, in which he has a brief due on August 26. Granting this extension would allow him to brief the two cases—on the same issue—in parallel.

3. Specifically, Mr. Taylor and his colleagues have the following upcoming deadlines:

- An opening brief due in the Nevada Supreme Court in *Uber Sexual Assault Survivors for Legal Accountability v. Uber Tech. Inc.*, No. 24OC000561B, on July 15;

- An oral argument in the Ninth Circuit in *Johnson v. Nissan*, No. 22-16644, on July 17;

- An oral argument in the Sixth Circuit in *Merck v. Walmart*, No. 23-3698, on July 18;

- An oral argument in the Ninth Circuit in *Calhoun v. Google*, No. 22-16993, on July 19;

- A reply brief due in the Tenth Circuit in *Dunn v. Santa Fe Natural Tobacco Co.*, No. 23-2181, on July 26;

- An opening brief due in the Fourth Circuit in *Grice v. Independent Bank*, No. 24-1395, on July 26;

- A reply to answer to petition for review due in the First Circuit in *Erickson v. Pharmacia, LLC*, No. 1031351, on July 31;

- A response brief due in the Federal Circuit in *National Veterans Legal Services Program v. United States*, No. 24-1757, on July 31;

- An opening brief due in the U.S. Supreme Court in *Stanley v. City of Sanford*, No. 23-997, on August 8;

- An opening brief due in the Ninth Circuit in *Healy v. Milliman*, No. 24-2501, on August 16;

- A reply to a brief in opposition due in the U.S. Supreme Court in *McLaughlin Chiropractic Associates, Inc. v. McKesson Corp.*, No. 23-1226, on August 19;

- An opening brief due in the Sixth Circuit in *Gavin v. Lady Jane*, No. 24-1509, on August 21;

- A reply brief due in the Nevada Supreme Court in *Uber Sexual Assault Survivors for Legal Accountability v. Uber Tech. Inc.*, No. 24OC000561B, on August 21; and

4. No prejudice will result to either party by the granting of the requested extension.

For the foregoing reasons, the plaintiff-appellant respectfully requests a thirty-day extension of time to file and serve his brief and appendix, up to and including August 29, 2024.

Respectfully submitted,

*/s/ Jonathan E. Taylor*
JONATHAN E. TAYLOR
GUPTA WESSLER PLLC
2001 K Street NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
jon@guptawessler.com

*Counsel for Plaintiff-Appellant*

July 15, 2024

4

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 598 words excluding the parts of the motion exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

July 15, 2024                                                   */s/ Jonathan E. Taylor*
                                                                Jonathan E. Taylor

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the First Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ Jonathan E. Taylor*
Jonathan E. Taylor
