# United States Court of Appeals
## For the First Circuit

---

No. 22-1770

JOHN CONTI, on behalf of himself and all others similarly situated,

Plaintiff, Appellant,

v.

CITIZENS BANK, N.A.,

Defendant, Appellee,

DOES 1 through 10, inclusive,

Defendants.

---

**JUDGMENT**

Entered: September 22, 2025

    This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the District Court is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day.


                              By the Court:

                              Anastasia Dubrovsky, Clerk


cc:
Hon. Mary S. McElroy
Hanorah Tyer-Witek, Clerk, United States District Court for the District of Rhode Island
Janine Lee Pollack
Patrick F. Dowling Jr.
Deepak Gupta
Jonathan Taylor

Michael Liskow
Geoffrey Williams Millsom
Daniel J. Procaccini
Brenna Anatone Force
Colten H. Erickson
Stefan L. Jouret
Shane Michael Palmer
H. Rodgin Cohen
Jonathan D. Urick
Matthew A. Schwartz
Brandyn J. Rodgerson